THE STATE, EX REL. AQEEL, APPELLANT, *v.* BETTMAN, JUDGE, APPELLEE.

[Cite as State, ex rel. Aqeel, *v.* Bettman (1989), 43 Ohio St. 3d 156.]

(No. 88-822—Submitted April 4, 1989—Decided June 14, 1989.)

*Abid H. Aqeel, pro se.*

*Arthur M. Ney, Jr.,* prosecuting attorney, and *William E. Breyer,* for appellee.

The judgment of the court of appeals sustaining the respondent's motion to dismiss the petition for a writ of mandamus on the basis that a previous ruling of that court is *res judicata* is affirmed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

WALKER, APPELLEE, *v.* CINCINNATI ELECTRONICS CORPORATION, APPELLANT.

[Cite as Walker *v.* Cincinnati Electronics Corp. (1989), 43 Ohio St. 3d 156.]

(No. 88-565—Submitted April 5, 1989—Decided June 14, 1989.)

*Paul E. Perry,* for appellee.

*Dinsmore & Shohl, Rebecca Hanner White, George B. Wilkinson* and *Charles H. Brown III,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *Hunter* v. *Shenango Furnace Co.* (1988), 38 Ohio St. 3d 235, 527 N.E. 2d 871.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and SHAW, JJ., concur.

STEPHEN R. SHAW, J., of the Third Appellate District, sitting for RESNICK, J.